1  BRUCE A. KILDAY (CA Bar No. 066415)        (SPACE BELOW FOR FILING STAMP ONLY)
   DOUGLAS R. THORN (CA Bar No. 133521)
2  ALLISON E. GOLDSMITH (CA Bar No. 238263)
   ANGELO, KILDAY & KILDUFF
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone:  (916) 564-6100
5  Telecopier:  (916) 564-6263
   Emails: bkilday@akk-law.com
6        dthorn@akk-law.com
         agoldsmith@akk-law.com
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11  CLAYTON JOHN LIEN,                ) CASE NO. 2:06-CV-01518 LKK-KJM
                                      )
12                      Plaintiff,    ) STIPULATION AND ORDER TO DISMISS
                                      ) WITH PREJUDICE
13  vs.                               )
                                      )
14  CITY OF AUBURN, AUBURN POLICE     )
    DEPARTMENT, CHIEF VALERIE         )
15  HARRIS, FORMER CHIEF NICK         )
    WILLIG, OFFICER J. RANGEL,        )
16  OFFICER T SCHEUER, and DOES 1     )
    through X, inclusive,             )
17                                    )
                        Defendants.   )
18

19        Through counsel, the parties stipulate and agree as follows:

20        1.      This case should be dismissed with prejudice because, upon further investigation

21  and reflection, the parties and their counsel agree that the case has no legal or factual merit.

22        2.      The parties agree that each party shall bear his/her/its own attorney fees and costs,

23  and each party hereby knowingly, voluntarily and on the advice of counsel waives his/hers/its

24  right to move the Court for an award of attorney fees or costs against any other party, person or

25  entity on any grounds whatsoever.

26        3.      On August 1, 2007, Plaintiff's counsel, Mr. Bruce Nickerson, met with Chief

27  Valerie Harris and other officers of the Auburn Police Department to discuss his experience

28  defending individuals charged with violations of California's lewd conduct statutes, and to share

---
-1-
**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

1   his personal opinions about ways to enforce the statutes without engaging in illegal

2   discrimination.   The discussion was organized according to the material attached hereto as

3   Exhibit A.

4          IT IS SO STIPULATED AND AGREED.

5   ///

6   ///

7   ///

8   ///

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

August 1, 2007

*/s/ Bruce Nickerson*
BRUCE NICKERSON
Attorney for Plaintiff


ANGELO, KILDAY & KILDUFF


*/s/ Douglas R. Thorn*

August 1, 2007
DOUGLAS R. THORN
Attorneys for Defendants


ORDER

The Court has considered the stipulation and agreement of the parties, and good cause appearing therefore, does hereby order the Clerk to dismiss this case with prejudice.

IT IS SO ORDERED.


August  3, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT